JAMES E. HARPER
Nevada Bar No. 9822
TAYLOR G. SELIM
Nevada Bar No. 12091
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRSTEN SPARGO, an Individual;<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY d/b/a STATE FARM FIRE & CASUALTY COMPANY, an Illinois Company; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>            Defendants. | CASE NO.:  2:16-cv-03036-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

IT IS HEREBY STIPULATED by and between the Plaintiff, KIRSTEN SPARGO, by and through her counsel of record, CLAGGETT & SYKES LAW FIRM, and Defendant, STATE FARM FIRE AND CASUALTY COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 4th day of January 2018.

**CLAGGETT & SYKES LAW FIRM**

  /s/ William T. Sykes
WILLIAM T. SYKES
Nevada Bar No. 9916
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Phone: (702) 655-2346
Fax: (702) 655-3763
E-Mail: wsykes@claggettlaw.com
*Attorneys for Plaintiff*

DATED this 4th day of January 2018.

**HARPER | SELIM**

  /s/ James E. Harper
JAMES E. HARPER
Nevada Bar No. 9822
1707 Village Center Circle, Suite 140
Las Vegas, NV 89130
Phone: (702) 948-9240
Fax:    (702) 778/6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: January 5, 2018.